**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| NUCLEAR DEVELOPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:20-mc-00011 |
| | ) | |
| v. | ) | (U.S. District Court for the Northern |
| | ) | District of Alabama, Case No. 5:18- |
| TENNESSEE VALLEY AUTHORITY, | ) | CV-01983-LCB) |
| | ) | |
| Defendant. | ) | |

---

**PLAINTIFF NUCLEAR DEVELOPMENT LLC'S MOTION TO QUASH
FOREIGN NON-PARTY SUBPOENAS SERVED BY
DEFENDANT TENNESSEE VALLEY AUTHORITY**

---

Plaintiff Nuclear Development, LLC hereby objects to the non-party subpoenas served by defendant Tennessee Valley Authority ("TVA") on non-parties Bruce Turner, PLLC, Susan Adler Thorp Corp., and Sutton Reid Advertising, and, pursuant to Rules 45(c)(3)(A) and 45(c)(3)(B) of the *Federal Rules of Civil Procedure*, requests that the Court quash the subpoenas. The non-party subpoenas, copies of which are attached hereto as Exhibits A through C, purport to command that the subpoena targets produce documents at the office of TVA counsel in Memphis, Tennessee. Accordingly, pursuant to Rule 45(d)(3)(A), Nuclear Development is filing this motion to quash in the district where compliance is required. In the alternative, Nuclear Development requests, pursuant to Rule 26(c)(1) of the *Federal Rules of Civil Procedure*, that the Court enter a protective order disallowing the discovery sought by the subpoenas. In support of its Motion, Nuclear Development incorporates herein its Memorandum of Law in Support, filed contemporaneously herewith. Finally, pursuant to LR 7.2(d), Nuclear Development respectfully requests a hearing on this Motion.

Respectfully submitted,

*/s/Sarah E. Stuart*
ERIC J. PLUMLEY          (BPR No. 22236)
SARAH E. STUART          (BPR No. 35329)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Ave.
Memphis, TN 38103
(901) 524-5000
Fax:    (901) 524-5024
eplumley@bpjlaw.com
sstuart@bpjlaw.com

J. CRAIG CAMPBELL          (*pro hac vice forthcoming*)
HAND ARENDALL HARRISON SALE LLC
P. O. Box 123
Mobile, AL  36601
(251) 432-5511
Fax:  (251) 694-6375
ccampbell@handfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on the following counsel of record via U.S. Mail, postage pre-paid, and via email, on the 9th day of March, 2020:

| | |
|---|---|
| Matthew H. Lembke, Esq. | David D. Ayliffe, Esq. |
| Matthey J. Bowness, Esq. | Steven C. Chin, Esq. |
| Riley A. McDaniel, Esq. | Jill E. McCook, Esq. |
| BRADLEY ARANT BOULT CUMMINGS LLP | OFFICE OF THE GENERAL COUNSEL |
| 1819 Fifth Avenue North | Tennessee Valley Authority |
| Birmingham, Alabama 35203 | 400 West Summit Hill Drive, WT6 |
| mlembke@bradley.com | Knoxville, Tennessee 37902 |
| mbowness@bradley.com | |
| rmcdaniel@bradley.com | ddayliffe@tva.gov |
| | scchin@tva.gov |
| | jemccook@tva.gov |

*/s/ Sarah E. Stuart*

## <u>CERTIFICATE OF CONSULTATION</u>

Undersigned counsel certifies that counsel for Plaintiff consulted with counsel for Defendant Tennessee Valley Authority regarding the substance of this Motion on February 14, 2020 and again on February 18, 2020, who indicated they oppose the relief requested herein.

*/s/ Sarah E. Stuart*